The Hon. Tiffany M. Cartwright

In the United States District Court
For the Western District of Washington
Tacoma Division

| | |
|---|---|
| Maria Del Carmen Huerta Morales, <br><br> Plaintiff, <br><br> v. <br><br> Walt's Wholesale Meats, Incorporated, <br><br> Defendant. | No. 3:23-cv-06043-TMC <br><br> **Stipulation and Order of Voluntary Dismissal** |

## Stipulation

It is hereby stipulated and agreed by and between Plaintiff Maria Del Carmen Huerta Morales and Defendant Walt's Wholesale Meats, Inc., and by and through their respective attorneys, that there are no pending cross-claims, and that the above named Defendant may be dismissed with prejudice, since the claims as to this Defendant have been fully settled and compromised with Plaintiff, including the issue of attorneys' fees and costs.

//

Stipulation and Order of Voluntary Dismissal –
1 of 2
(No. 3:23-cv-06043-TMC)

Beck Chase Gilman PLLC
705 S. Ninth St., Suite 305
Tacoma, WA 98405
253.289.5104 | bcglawyers.com

Dated September 11, 2024

Beck Chase Gilman PLLC                    O'Hagan Meyer PLLC

By:    /s/ Janelle E. Chase Fazio            By:    /s/ Brad Bigos
    Janelle E. Chase Fazio, WSBA No. 51254        Brad Bigos, WSBA No. 52297
    janelle@bcglawyers.com | D 253.289.5136      600 1st Avenue
    Eric D. Gilman, WSBA No. 41680            Suite 102, #2256
    eric@bcglawyers.com | D 253.289.5108        Seattle, WA 98104
    James W. Beck, WSBA No. 34208            971.315.0650
    james@bcglawyers.com | D 253.289.5122      Attorneys for Defendant
    Attorneys for Plaintiff

## Order

This Matter having come before the Court on the foregoing stipulation, it is hereby Ordered that the claims against Defendant shall be dismissed with prejudice and without fees and costs awarded to either party.

Dated this 11th day of September, 2024.

Tiffany M. Cartwright
United States District Judge

Stipulation and Order of Voluntary Dismissal –
2 of 2
(No. 3:23-cv-06043-TMC)

Beck Chase Gilman PLLC
705 S. Ninth St., Suite 305
Tacoma, WA 98405
253.289.5104 | bcglawyers.com